# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GRAHAM DUGGER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M.D. STAINER, Director of Corrections,<br><br>　　　　　Respondent. | Case No. SACV 16-1385-GW (JPR)<br><br>**J U D G M E N T** |

Under the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 21, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE